**89-73.** Persinger v. Mayfield. *Licking County,* No. CA-3354. On motion for leave to amend memorandum in support. Motion granted.

**89-124.** Neff v. Knisely. *Franklin County,* No. 87AP-666. On motion for leave to file memorandum in support instanter. Motion granted.

Holmes, J., dissents.

On motion to dismiss. Motion to dismiss overruled.

Holmes, J., dissents.

## REHEARING DOCKET

**87-1614.** State v. Benner. *Summit County,* No. 12664. On motion for stay. Motion denied. On motion for rehearing. Rehearing denied.

**87-1657.** White v. Wyeth Laboratories, Inc. *Cuyahoga County,* Nos. 52108 and 52564. On motion for rehearing. Rehearing denied.

Sweeney and Douglas, JJ., dissent.

**87-1924.** Weber v. Summit Cty. Bd. of Elections. *Summit County,* No. 13351. On motion for rehearing. Rehearing denied.

Moyer, C.J., dissents.

**88-51.** State, ex rel. Doersam, v. Indus. Comm. *Franklin County,* No. 86AP-710. On motion for rehearing. Rehearing granted. The issues are to be rebriefed and oral argument will be set. On motion for leave to file *amicus* of the AFL/CIO and the UAW. Motion granted.

**88-1969.** Johnstown Mfg., Inc. v. Haynes. *Franklin County,* No. 88AP-136. On motion for rehearing. Rehearing denied.

H. Brown, J., not participating.

**88-1975.** Middletown v. Ramsey. *Butler County,* No. CA87-11-149. On motion for rehearing. Rehearing denied.

**88-1991.** State v. Peebles. *Hamilton County,* No. C-870536. On motion for rehearing. Rehearing denied.